IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICARDO VALAZQUEZ-FLORES,**

    Petitioner,    Civ. No. 2:16-cv-00584
                                                            Crim. No. 2:13-cr-0018
    v.    JUDGE JAMES L. GRAHAM
                                                             Magistrate Judge King

**UNITED STATES OF AMERICA,**

    Respondent.

## ORDER

On November 22, 2016, the Magistrate Judge recommended that Respondent's *Motion to Dismiss* (ECF No. 23) be granted and that the *Motion to Vacate* (ECF No. 20) be dismissed. *Report and Recommendation* (ECF No. 25.)  Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation*, and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* (ECF No. 25) is **ADOPTED** and **AFFIRMED.** Respondent's *Motion to Dismiss* (ECF No. 23) is **GRANTED**.  The *Motion to Vacate* (ECF No. 20) is hereby **DISMISSED.**

    **IT IS SO ORDERED**.

Date: December 16, 2016

                                                                                           _____s/James L. Graham_____
                                                                                            JAMES L. GRAHAM
                                                                                            United States District Judge